# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HAROLD WAYNE MONTGOMERY, II, )<br>)<br>Defendant. ) | Case No. M-20-91-STE |

## APPLICATION TO FILE EX PARTE MOTION FOR AUTHORIZATION TO EMPLOY AN INVESTIGATOR AND BRIEF IN SUPPORT UNDER SEAL

Counsel for the Defendant, Harold Wayne Montgomery, II, submits this Application to file documents under seal pursuant to LCrR12.3. In support of this request, counsel states:

Counsel believes it necessary, in order to represent Mr. Montgomery effectively in this proceeding, to file an Ex Parte Motion for Authorization to Employ an Investigator and Brief in Support with the Court that contains sensitive, personal, and confidential information. Counsel for Mr. Montgomery requests that the Court consider this Motion without them becoming a public record in this case at this time.

Counsel for the Defendant therefore requests that the Court approve this Application and enter an Order allowing the filing of the Ex Parte Motion for Authorization to Employ an Investigator and Brief in Support under seal.

Respectfully submitted,

/s/ Henry A. Meyer, III
Henry A. Meyer, III, OBA #6163

               MULINIX, GOERKE & MEYER, PLLC
               210 Park Avenue, Suite 3030
               Oklahoma City, OK 73102
               Telephone: 405-232-3800 / Fax: 405-232-8999
               Email:  hank@lawokc.com.com

               *Attorney for Defendant Harold Montgomery II*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 6th day of March, 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing, which will automatically send e-mail notification of such filing to all attorneys of record.

               /s/ Henry A. Meyer, III
               Henry A. Meyer, III