# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No. MJ-20-91-STE |
| ) | |
| **HAROLD WAYNE MONTGOMERY, II,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The United States has moved to dismiss the Complaint against Defendant Harold Wayne Montgomery, II without prejudice in the best interest of justice.

It is therefore ORDERED that the Complaint filed on February 27, 2020, charging Defendant Harold Wayne Montgomery, II under 18 U.S.C. §§ 113(a)(3), 1152, be dismissed without prejudice.

IT IS FURTHER ORDERED that Defendant's bond, if any, be exonerated.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE